[No. 67431-5-I.   Division One.   September 19, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES THOMAS
CONNER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 08-1-04006-4, Vicki L. Hogan, J., entered December 4, 2009. *Affirmed* by unpublished opinion per Lau,
J., concurred in by Appelwick and Spearman, JJ.